UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DREW JAMES MCLAUGHLIN,**

    **Plaintiff,**

**v.**                                            Case No. 5:20cv49-TKW-MJF

**MAJOR SWARTZ,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure comply with court orders and failure to pay the filing fee.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 26th day of May, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**